

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mark Carroll and Charlotte Carroll,   * From the County Court at Law No. 1
 of Tarrant County,
 Trial Court No. 2023-008652-1.

Vs. No. 11-24-00131-CV   * December 18, 2025

Emerald Residential Property   * Opinion by Williams, J.
Management,   (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the orders below.   Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed.